IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR32 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SCOTT JANICEK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant's motion to withdraw as attorney (Filing No. 70) is scheduled for hearing before the undersigned magistrate judge at **2:15 p.m. on August 25, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 24th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge