## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR32** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **SCOTT JANICEK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's Motion in Limine (Filing No. 69).

IT IS ORDERED that the government's Motion in Limine (Filing No. 69) is held in abeyance and will be decided at the conference scheduled in chambers on the first day of trial.

DATED this 11th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge