# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR32 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT JANICEK, | ) | TRIAL ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's motion to continue trial (#94), now set for November 1, 2005. For good cause shown, and based on the availability of counsel as stated in the motion, trial will be continued to January 24, 2006.

**IT IS ORDERED** that the motion for continuance (#94) is granted, as follows:

1. Trial of this matter is continued from November 1, 2005 to **January 24, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **November 1, 2005 and January 24, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Counsel for the United States shall confer with defense counsel and electronically file a status report no later than **January 16, 2006** advising the court of the anticipated length of trial.

**DATED October 20, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge