**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR32** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **SCOTT JANICEK,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration of the Court's previous order denying his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 (Filing No. 140).

IT IS ORDERED that the Defendant's motion for reconsideration of the Court's previous order denying his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 (Filing No. 140) is denied.

DATED this 1st day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge